UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ELIYAH YSRAEL, | Case No. 1:13-cv-034 |
| Petitioner, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION, | |
| Respondent. | |

**DECISION AND ENTRY ADOPTING
THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. 29)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio, Western Division, to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 31, 2013, submitted a Report and Recommendation. (Doc. 29). The Court construes Petitioner's Motion for Reconsideration And/Or Second Motion for Bail and Summary Judgment Based on Information Provided in Granted Trial Record Received on August 2, 2013 as objections to the Report and Recommendation. (Doc. 32).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 29) is **ADOPTED**;

2. Petitioner's motions for bail (Docs. 9, 25) are **DENIED**;

3. Petitioner's motion for summary judgment (Doc. 16) is **DENIED**; and

4. Petitioner's motions for default judgment (Docs. 21, 26) are **DENIED**.

**IT IS SO ORDERED**.

Date: 8/21/2013

Timothy S. Black
United States District Judge